*Oregon*

*Class Action Civil Suit* FILED 09 JAN '24 08:31 USDC-ORE

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| *Johnny C Murray* | Case No. ___6:24-cv-00065-MC___ |
| _Plaintiff(s)_ | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑Yes ☐No |
| –v– | |
| Judge *McAlpin, Erik T. Knapp. Scott* | |
| *Jones* | |
| _Defendant(s)_ | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          Johnny C Murray
Address        450 OE 99
               Ugene              OR      97402
                    *City*          *State*      *Zip Code*
County         lane
Telephone Number  541- 922- 0628
E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                    Judge, MC Affine.
    Job or Title *(if known)*    125 z14th Aue
    Address                 Circut Court Judge.
                            Ugene            OR      97402
                                 *City*         *State*    *Zip Code*
    County                  lane
    Telephone Number        541- 682-4020 .
    E-Mail Address *(if known)*

    ☑ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name                    Erik T Knapp.
    Job or Title *(if known)*    125 z 8th. Able
    Address                 Deputy DA.
                            Ugene            OR      97402
                                 *City*         *State*    *Zip Code*
    County                  lane
    Telephone Number        541 682-4261
    E-Mail Address *(if known)*

    ☑ Individual capacity    ☑ Official capacity

Defendant No. 3

    Name                       Scott Jones

    Job or Title *(if known)*    Detective.

    Address                  300 Country Club RD.

                           Uqeue       OR      97401

                                 *City*            *State*       *Zip Code*

    County                  lane

    Telephone Number     541 682-5711

    E-Mail Address *(if known)*

    ☑ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                                   *City*            *State*       *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    8th Amendment.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    8th Amendment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Judge. Slander, fraud, fals Imprisonmen. Cruel and unuswell punshent. Mail fraud, Erick T. Knapp fraud. fals Imprison ment fail Proscton. Mail fraud. fals Arest. ect. scott Jones. fials Arrest faits Imprison ment fails prosction.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

lane County. Judg Mc Alpine. Acted under Coler of State And Federal law, fals Imprisonment fraud. Slandera, fals Arrest, ect. Erik T Knapp sAme As Mc Alpine.
                        Scott Jones sAme as Mc Alpine.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

6 15.20. to Dec. 12. 23

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was falsly Improsoned. Acused of Crimes I did not Comit. Slander Detmation of caretor. faitsly Indated. DAs officer put fals charges on twiter. And will not leave of for up to 5 years. Casing Hard ship on Jobs And Backround VS Casing unBist Jurys Amounts to Jury Tampering. As the pubick is told to Read DAs web site, And I Beged for my freedome as I would loss my only child of 6 mounth old. And a good good friend Daugtther. That I pray she pulls throw. we love Her.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

los of Son to DHS put up for Adoption.
loss of family members. to Trajedys. And I could not Be there.
To Help or say good Bys.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Honestly, money wont fix what Iv lost. I Belive. Judge. McAlpine
Erik t Knapp. And Scott Jones. Should Be Removed frome All Thing law
Related. Judge McAlpine Erik t Knapp scott Jones Are to Be Held to A
Hiagher standerd. As these 3 men took A sworn oth to protect And
serve. not to play street Corner thugs, they Are worse then the Corner Grimals
Belives. they used the umbraly of the law, to Cover there Actions. How meany
others Has this Happend to.
I Ask this Be A Class Action Suit for All thos. These 3 men. Have
Hurt. and there family. $ 500,000,000

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1. 9. 24

Signature of Plaintiff

Printed Name of Plaintiff   John C Murray

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |

Telephone Number

E-mail Address