UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOHNNY C. MURRAY,

       Plaintiff,

   v.

JUDGE MCALPIN; ERIK T. KNAPP;
SCOTT JONES,

       Defendants.

Case No. 6:24-cv-00065-MC

## JUDGMENT

This action is DISMISSED with prejudice.

DATED this 31st day of January, 2024.

          s/ Michael J. McShane
          MICHAEL J. MCSHANE
          United States District Judge